**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 22, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00294-CV

---

## FEDEX HOME DELIVERY, JOAQUIN CASTRO AND TALAMENTES ENTERPRISES, INC., Appellants

### V.

### JEANETTE STONE, Appellee

---

**On Appeal from the 361st District Court**
**Brazos County, Texas**
**Trial Court Cause No. 08-001967-CV-361**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2012. On July 14, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.